UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE ALLEN, individually and as next
friend of K. A., a minor                                                                                           PLAINTIFFS

VS.                                        Case No. 4:10-cv-4145

COOPER TIRE & RUBBER COMPANY                                                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Approve Minor Settlement. (ECF No. 92). The parties have reached a confidential settlement agreement in this matter, and they ask the Court to approve the confidential settlement agreement with respect to the claims involving K.A., a minor.

Upon consideration and the recommendation of the guardian *ad litem* filed under seal with the Court (ECF No. 91), the Court finds that the parties have shown good cause for approval of the confidential settlement agreement with respect to the claims involving K.A., a minor, that there is a dispute as to liability in this case, that the confidential settlement agreement is a compromise settlement agreement and not an admission of liability on the part of Defendant, and that the Court is of the opinion that the confidential settlement agreement is just, fair and reasonable and in the best interest of K.A, a minor, and should be approved. Accordingly, the parties' Joint Motion to Approve Minor Settlement should be and hereby is **GRANTED**. Any and all claims of K.A., a minor, arising out of the automobile accident that occurred on or about August 15, 2009 in Harrison County, Texas and made the subject of this Action are forever released and resolved.

Pursuant to the confidential settlement agreement, Plaintiffs are directed to file with the Court a notice of dismissal of all claims in this Action with prejudice within ten (10) days of the entry of this Order.

IT IS SO ORDERED, this 13th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge